```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 30639
   JULIO NINO
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-7237


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 11/11/08 .

     2.  The case was dismissed without confirmation, 01/30/2009.

--------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
AURORA LOAN SERVICES       CURRENT MORTG          .00            .00            .00
AURORA LOAN SERVICES       MORTGAGE ARRE    NOT FILED            .00            .00
TOYOTA MOTOR CREDIT CORP   SECURED VEHIC         .00            .00            .00
IL DEPT OF EMPLOYMENT SE   UNSECURED        NOT FILED            .00            .00
UNITED RECOVERY SYSTEMS    UNSECURED        NOT FILED            .00            .00
WELLS FARGO FINANCIAL IN   UNSECURED        NOT FILED            .00            .00
           Summary of disbursements:
--------------------------------------------------------------------------
                      SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED         .00         .00          .00          .00           .00
PRINCIPAL PAID             .00         .00          .00          .00           .00
INTEREST PAID              .00         .00          .00          .00           .00
TOTAL PAID                 .00         .00          .00          .00           .00
The Debtor's attorney, TIMOTHY K LIOU              , was allowed $          .00
and was paid $         .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 03/13/09              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
    CASE NO. 08 B 30639 JULIO NINO
```